# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Santos Carrillo-Matias,<br>a.k.a.: Santos Carrillo Matias,<br>(A087 913 295)<br>_Defendant_ | Case No. 17-7502 MJ |

DOA 7
10/15/17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 14, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Santos Carrillo-Matias, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Mesa, Arizona, on or about February 11, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Sheila A. Phillips

☒ Continued on the attached sheet.

_____
Complainant's signature

Marcus D. Leggett,
Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: October 16, 2017

_____
Judge's signature

Bridget S. Bade,
United States Magistrate Judge
_Printed name and title_

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 14, 2017, Santos Carrillo-Matias was booked into the Maricopa County Jail (MCJ) intake facility by the Arizona Department of Public Safety on local charges. While incarcerated at the MCJ, Carrillo-Matias was examined by ICE Officer D. Wymore who determined him to be a citizen of Guatemala, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 15, 2017, Carrillo-Matias was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Carrillo-Matias was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Santos Carrillo-Matias to be a citizen of Guatemala and a previously deported criminal alien. Carrillo-Matias was removed from the United States to Guatemala through Mesa, Arizona, on or about February 11,

1

2011, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Carrillo-Matias in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Carrillo-Matias' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Santos Carrillo-Matias was convicted of Endangerment, a felony offense, on January 5, 2010, in the Superior Court of Arizona, Maricopa County. Carrillo-Matias was sentenced to one (1) year of probation. Carrillo-Matias' criminal history was matched to him by electronic fingerprint comparison.

5. On October 15, 2017, Santos Carrillo-Matias was advised of his constitutional rights. Carrillo-Matias freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 14, 2017, Santos Carrillo-Matias, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Mesa, Arizona, on or about February 11, 2011, and not having obtained the express

consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me this 16th day of October, 2017.

Bridget S. Bade,
United States Magistrate Judge

3